**Mark STREULI v. Lawrence LAMB and Sally Lamb, No. 228-80**

September 19, 1980. Appellant shall comply with the requirements of V.R.A.P. 10(b)(1) by October 1, 1980, or appeal dismissed.

**David J. PERRY v. Cheryl A. PERRY, No. 315-80**

September 19, 1980. Motion to appeal from an interlocutory order is denied. V.R.A.P. 5(b).

Hill, J.

**STATE of Vermont v. William A. CAMERON, No. 237-80**

September 22, 1980. Appeal dismissed for lack of a final judgment below. To be certified forthwith.

**IN RE PETITION OF NEW ENGLAND TELEPHONE AND TELEGRAPH COMPANY for an increase in rates, No. 312-80**

September 22, 1980. New England Telephone and Telegraph Company's application for a stay of the final order of the Public Service Board dated August 27, 1980, is denied.

**David TOWNSEND v. Paul De-JOINVILLE and Margaret DeJoinville, No. 91-80.**

September 23, 1980. Appellant's printed case and brief shall be filed on or before October 23, 1980, or cause dismissed.

**June CADEL v. SHERBURNE CORPORATION, No. 438-79.**

September 24, 1980. Appellant has leave to file on or before October 3, 1980, a supplemental brief in response to authorities furnished in appellee's motion filed July 8, 1980, and granted July 15, 1980, if he be so advised.

**STATE of Vermont v. Kevin D. WILCOX, No. 150-80**

September 24, 1980. Motion for amendment of conditions of release pending appeal granted. Bail amended and now set at $500.00 cash or solvent surety.

Billings, J.

**Alton L. FLANDERS, III v. Frank X. LUSSIER, Howard Steinberg and Harry Steinberg, No. 191-80**

September 24, 1980. Appeal dismissed for failure to comply with the order dated August 6, 1980.